# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

PA VANG,

Plaintiff,

v.

ANDREW SAUL,
Commissioner of Social Security,

Defendant.

CASE NUMBER: 1:19-cv-01740-GSA

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

(Doc. 2)

Having considered the application to proceed without prepayment of fees under 28 USC § 1915;

IT IS ORDERED that the application is:

[X]  GRANTED

    [X]  IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

[ ]  DENIED, for the following reasons:

IT IS SO ORDERED.

Dated:  __February 4, 2020__       _____**/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE