```
JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PA VANG,<br><br>        Plaintiff,<br><br>  vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. 1:19-CV-01740<br><br>STIPULATION AND ORDER<br>FOR EXTENSION OF TIME<br><br><br><br>Doc. 16 |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from September 16, 2020 to October 16, 2020, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

///

///

                                        Respectfully submitted,

Dated: September 11, 2020       PENA & BROMBERG, ATTORNEYS AT LAW

                                  By: */s/ Jonathan Omar Pena*
                                      JONATHAN OMAR PENA
                                      Attorneys for Plaintiff

Dated: September 11, 2020       MCGREGOR W. SCOTT
                                      United States Attorney
                                      DEBORAH LEE STACHEL
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration

                                  By:  */s/ Wyeth McAdam*
                                      Wyeth McAdam
                                      Special Assistant United States Attorney
                                      Attorneys for Defendant
                                      (*As authorized by email on September 11, 2020)

IT IS SO ORDERED.

    Dated:  **September 14, 2020**                **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE