1  McGREGOR W. SCOTT
   United States Attorney
2  DEBORAH LEE STACHEL, CSBN 230138
   Regional Chief Counsel, Region IX
3  Social Security Administration
4  WYETH McADAM, CSBN 223876
   Special Assistant United States Attorney
5        160 Spear Street, Suite 800
         San Francisco, California 94105
6        Telephone: (415) 268-5610
         Facsimile: (415) 744-0134
7        E-Mail: Wyeth.McAdam@ssa.gov
8  Attorneys for Defendant

9                              UNITED STATES DISTRICT COURT
10                             EASTERN DISTRICT OF CALIFORNIA
11                                     FRESNO DIVISION
12
13 PA VANG,                              )  Case No.: 1:19-cv-01740-GSA
                                         )
14              Plaintiff,               )  STIPULATION FOR AN EXTENSION OF
                                         )  TIME; ORDER
15         vs.                           )
   ANDREW SAUL,                          )
16 Commissioner of Social Security,      )
                                         )
17                                       )
                Defendant.                )
18 _____)
19
20        Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the
21 parties, through their respective counsel of record, that the time for Defendant to respond to
22 Plaintiff's Opening Brief be extended thirty (30) days from November 16, 2020, up to and
23 including December 16, 2020. This is the parties' second stipulation for an extension of the
24 Court's Scheduling Order, and Defendant's first extension request via stipulation.
25        Defendant submits his request for an extension is for good cause and not undue delay.
26 The undersigned Of Counsel for Defendant, who is responsible for briefing this matter, has
27 multiple other merits briefs due the same week and requires additional time to adequately brief
28

                                                 1

the issues raised on review in this case and go through in-house review. All other deadlines shall follow the Court's Scheduling Order dated February 5, 2020.

Respectfully submitted,

Dated: November 9, 2020    /s/ *Jonathan O. Pena**
JONATHAN O. PENA
Attorney for Plaintiff
*as authorized via e-mail on Nov. 9, 2020

Dated: November 9, 2020    McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:    /s/ *S. Wyeth McAdam*
S. WYETH McADAM
Special Assistant U.S. Attorney

Attorneys for Defendant

Of Counsel for Defendant:
JESSICA MILANO
Assistant Regional Counsel, Region VIII

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including December 16, 2020, to respond to Plaintiff's Opening Brief.

IT IS SO ORDERED.

Dated:    **November 10, 2020**         /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE